UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VICKI SCHROEDER, ) <br> ) <br>     Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SMITH'S FOOD & DRUG CENTERS, et al., ) <br> ) <br>     Defendant(s). ) <br> ) | Case No. 2:12-cv-02024-APG-NJK <br><br> ORDER OUTLINING STANDARDS APPLICABLE TO FUTURE REQUESTS FOR DISCOVERY EXTENSIONS FILED IN THIS CASE |

   On September 16, 2013, Plaintiff filed a motion to extend discovery deadlines, including some discovery deadlines that have already passed. *See* Docket No. 21. This motion complies with the standards outlined in the prior scheduling order for seeking extensions. *See* Docket No. 9 at 3. The Court issues this order to set the standards for requested extensions filed in this case in the future. In particular, the standard outlined in Docket No. 9 is inconsistent with Local Rule 26-4. Accordingly, any previous orders entered in this case inconsistent with the standards enunciated herein, are hereby **VACATED** to the extent they are inconsistent. The standards enunciated below govern all future requests for extension, whether by stipulation or motion, filed in this matter.

. . . .

. . . .

. . . .

. . . .

All future requests for extensions must strictly comply with the currently-operative version of Local Rule 26-4. "All motions or stipulations to extend a deadline set forth in a discovery plan shall be received no later than twenty-one (21) days *before expiration of the subject deadline*." Local Rule 26-4 (emphasis added). Any motion or stipulation filed before 21 days prior to the expiration of the subject deadline must be supported by a showing of good cause. *Id.* Any motion or stipulation filed less than 21 days prior to the expiration of the subject deadline (or after the subject deadline has expired) must be supported by a showing of excusable neglect. *Id.*

IT IS SO ORDERED.

DATED: September 16, 2013.

_____
NANCY J. KOPPE
United States Magistrate Judge