UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VICKI SCHROEDER, | ) |
| Plaintiff, | ) Case No. 2:12-cv-02024-APG-NJK |
| vs. | ) ORDER |
| SMITH'S FOOD & DRUG CENTERS, INC., | ) |
| Defendant. | ) |

Pending before the Court is an order for the parties to show cause related to their failure to timely file a proposed joint pretrial order.[1]  Docket No. 41.  The Court has reviewed Defendant's and Plaintiff's responses, Docket Nos. 42, 43, and hereby **DISCHARGES** the order to show cause.

IT IS SO ORDERED.

DATED: June 19, 2014.

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] On March 13, 2014, the Court granted the parties' request for an extension to file a proposed joint pretrial order, up to and including March 20, 2014.  Docket No. 40.  The parties filed their proposed joint pretrial order on June 13, 2014.  Docket No. 42.