JERRY S. BUSBY
Nevada Bar #001107
COOPER LEVENSON, P.A.
6060 Elton Avenue – Suite A
Las Vegas, Nevada 89107
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VICKI SCHROEDER, | CASE NO. 2:12-cv-02024-RFB-NJK |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE THE DATE FOR SUBMITTING SUPPLEMENTAL BRIEFS, TO CONTINUE THE HEARING PRESENTLY SET TO OCCUR ON MAY 11, 2015 AND TO CONTINUE TRIAL** |
| SMITH'S FOOD & DRUG CENTERS, INC., | |
| Defendant. | |

WHEREAS, a previous order of this Court (See Doc #105) ordered that the parties submit supplemental briefs on the issue of spoliation of evidence on or before May 5, 2015; however, the transcript of the deposition testimony of Defendant's employee Matt Cappellett has not yet been received by the parties so counsel jointly request that the date for filing supplemental briefs be extended until May 26, 2015 and that the hearing on said motion (Doc #54) be continued until June 29, 2015; and

WHEREAS, the Court has advised counsel that the current trial date of July 20, 2015 must be changed due to a conflict in the Court's calendar;

IT IS HEREBY STIPULATED AND AGREED, by and between JEROME R. BOWEN, ESQ. of BOWEN LAW OFFICES as counsel for Plaintiff, VICKIE SCHROEDER, and JERRY S. BUSBY, ESQ. of the law firm COOPER LEVENSON, P.A. as counsel for Defendant, SMITH'S FOOD & DRUG CENTERS, INC., that the deadline for submitting supplemental briefs, if any, on the issue of spoliation of evidence be continued until May 26, 2015 and that the hearing on said motion be rescheduled to take place on June 29, 2015;

CLAC 2994312.1

IT IS FURTHER STIPULATED AND AGREED that, pursuant to the Court's directive, the parties request that the trial presently scheduled to take place on July 20, 2015 be continued to take place on August 25, 2015. In the event that said date is unavailable on the Court's calendar, counsel request that the trial be rescheduled to take place on September 21, 2015.

DATED this 7th day of May, 2015

| BOWEN LAW OFFICES | COOPER LEVENSON, P.A. |
|---|---|
| /s/ Jerome R. Bowen | /s/ Jerry S. Busby |
| JEROME R. BOWEN, ESQ. | JERRY S. BUSBY, ESQ. |
| Nevada Bar No. 004540 | Nevada Bar No. 001107 |
| 9960 West Cheyenne Avenue | 6060 Elton Avenue – Suite A |
| Suite 250 | Las Vegas, Nevada 89107 |
| Las Vegas, NV 89129 | (702) 366-1125 |
| (702) 240-5191 | Attorneys for Defendant |
| Attorneys for Plaintiff | SMITH'S FOOD & DRUG CENTERS, INC. |
| VICKI SCHROEDER | |

**ORDER**

IT IS HEREBY ORDERED that the deadline for submitting supplemental briefs on the issue of spoliation of evidence be continued until May 26, 2015 and that the hearing on said motion (Doc #54) be continued until June 29, 2015 at 2:00 p.m., in LV Courtroom 7C.

IT IS FURTHER ORDERED that the trial date presently scheduled for July 20, 2015, is hereby continued to the 25th day of August, 2015 at 9:30 a.m. and a calendar call presently scheduled scheduled for July 7, 2015 is hereby continued to 18th day of August, 2015 at 1:30 p.m., in LV Courtroom 7C.

DATED this 11th day of May, 2015.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

CLAC 2994312.1